UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALTA MANUFACTURING INC,<br><br>Defendant. | Case No. 25-cv-03605-YGR   (SK)<br><br>**ORDER TO SHOW CAUSE** |

This matter was referred to the undersigned for settlement. On August 22, 2025, the Court issued a notice for a video scheduling conference at 9:00 a.m. on August 29, 2025. (Dkt. No. 19.) The video scheduling conference was then continued to September 16, 2025. (Dkt. No. 20.) The Court held the video scheduling conference on September 16, 2025, but counsel for Defendant Alta Manufacturing Incorporated failed to appear. The Court therefore issues this ORDER TO SHOW CAUSE ("OSC") to counsel for Alta Manufacturing Incorporated. Counsel must file a response explaining the nonappearance and indicating why monetary sanctions in the amount of $200 should not be imposed. Counsel shall file a response in writing to this OSC by no later than September 22, 2025. The video scheduling conference is rescheduled to September 23, 2025 at 9:00 am. Parties should use the following zoom conference link:

https://cand-uscourts.zoomgov.com/j/1613997742?pwd=N1lsbHFldjBVMjk3VmZ2VGlmOVRWZz09

Meeting ID: 161 399 7742  Passcode: 530648

**IT IS SO ORDERED**.

Dated: September 16, 2025

SALLIE KIM
United States Magistrate Judge